IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALPHONSO DUPONT, EDWARD DUPONT, and TAMMY YOUNG<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>Defendant. | Civil Action<br>No. 16-6194 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiffs Alphonso Dupont, Edward Dupont, and Tammy Yong seek to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiffs submitted one, incomplete application. *Id.* Before this complaint may be filed, each Plaintiff must file a complete IFP application with the Court. *See Hagan v. Rogers*, 570 F.3d 146, 155-56 (3d Cir. 2009); *El Ameen Bey v. Stumpf*, 825 F. Supp. 2d 537, 551 (D.N.J. 2011). The Court will therefore deny the application to proceed *in forma pauperis* without prejudice.

An appropriate order follows.

| | |
|---|---|
| **May 9, 2017** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |